**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ADPA HOLDINGS LTD and MILAK HOLDINGS
LLC,

                         Plaintiffs,

            -against-                                 24 **CIVIL** 6029 (CS)

                                                **JUDGMENT**

RON COHEN and MICHAEL GESSER,

                         Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated December 2, 2025, Defendants' motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       December 2, 2025

                                  **TAMMI M. HELLWIG**

                                     **Clerk of Court**

            **BY:**            K. mango

                                    **Deputy Clerk**